**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7615**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

      v.

ELTRENTROSE F. LIVERMAN, a/k/a Trent,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:95-cr-00151-JBF-FBS-7; 2:12-cv-00417-RBS)

_____

Submitted: January 17, 2013        Decided: January 22, 2013

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Eltrentrose F. Liverman, Appellant Pro Se. Howard Jacob
Zlotnick, Assistant United States Attorney, Newport News,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eltrentrose F. Liverman seeks to appeal the district court's order construing his motion filed under 28 U.S.C. § 1651 (2006) as a successive 28 U.S.C.A. § 2255 (West Supp. 2012) motion and denying relief. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Liverman has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED